IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI INC. and <br> CONCORDIA PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES UT, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-606 (LPS) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and an agreement by and between Plaintiffs Shionogi Inc. and Concordia Pharmaceuticals Inc. (collectively, "Plaintiffs") and Defendant Actavis Laboratories UT, Inc. ("Actavis", collectively with Plaintiffs, the "Parties") made and entered into on March 17, 2017 (the "Agreement"), the Parties hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the Action are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the Agreement.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>Robert M. Vrana (#5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-1253<br>msharp@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Shionogi Inc. and Concordia Pharmaceuticals Inc.* | *Attorneys for Actavis Laboratories UT, Inc.* |
| OF COUNSEL:<br><br>Andrew M. Berdon<br>Robert B. Wilson<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000 | OF COUNSEL:<br><br>Gary E. Hood<br>POLSINELLI PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>(312) 819-1900<br><br>Jason A. Wietjes<br>POLSINELLI PC<br>2950 North Harwood, Suite 2100<br>Dallas, TX 75201<br>(214) 397-0030 |

March 17, 2017

    SO ORDERED this ___ day of _____, 2017.

                                          Chief United States District Judge